IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**
        **vs.**

**VICTOR CASTANEDA,**
a/k/a "Victor Uju-Castaneda'"

**Defendant.**          Case No. 12-cr-30242-DRH-8

## ORDER OF REMOVAL

This matter comes before the Court for imposition of sentence. The Government has filed a motion seeking a Judicial Order of Removal from the United States (Doc. 186). This Court **GRANTS** the motion and makes the following **FINDINGS**:

(1) On February 26, 2013, defendant entered a plea of guilty to Counts 1, 4, 6, 7, 8, and 9 of an indictment charging the following offenses:

| Cout | Statute | Charge |
|---|---|---|
| 1 | 21 U.S.C. § 846 | **Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine** |
| 4 | 8 U.S.C. § 1325(a) | **Entry Into the United States Without Inspection** |
| 6 | 21 U.S.C. §841(a)(1) | **Unlawful Distribution of Cocaine** |
| 7 | 21 U.S.C. §841(a)(1) | **Unlawful Distribution of Cocaine** |

| 8 | 21 U.S.C. §841(a)(1) | **Unlawful Distribution of Cocaine** |
| 9 | 21 U.S.C. §841(a)(1) | **Unlawful Distribution of Cocaine** |

(2) At the time that he entered his plea of guilty, defendant admitted that he is a citizen of Mexico who is in the United States illegally.

(3) Defendant was notified, prior to the entry of his plea in this case, that the Government intended to request judicial removal.

(4) As a result of his convictions in the instant case, defendant is deportable pursuant to the provisions of both Title 8, United States Code, Section 1227 (a)(2)(B)(I); and Title 8, United States Code, Section 1227(a)(1)(B).

(5) This Court has jurisdiction to enter a judicial order of removal at the time of sentencing pursuant to the provisions of Title 8, United States Code, Section 1228(c)(1).

Accordingly, it is **ORDERED** that defendant be removed from the United States promptly upon the satisfaction of his sentence in this case. Immigration and Customs Enforcement, U.S. Department of Homeland Security is hereby authorized to execute this Order of Removal according to the applicable laws and regulations of the United States.

**IT IS SO ORDERED.**
Signed this 6th day of May, 2013.

David R. Herndon
2013.05.06
15:51:02 -05'00'

**Chief Judge
United States District Court**

Page **2** of **2**